EWS
F.# 2026R00058

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

DAN SOHAIL,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

~~PROPOSED~~ O R D E R

26-MJ-41 (CHK)

Upon the application of JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, by Assistant United States Attorney Eric Silverberg, for an order unsealing the above-captioned matter in its entirety.

WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
                  March 2, 2026

                                                                    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
                                                             HONORABLE CLAY H. KAMINSKY
                                                             UNITED STATES MAGISTRATE JUDGE
                                                             EASTERN DISTRICT OF NEW YORK